AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5 - 4 7 0_____

# ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____JUL 0 6 2005_____
(Date forms issued)

_Danny P Randolph Jr_
(Signature of Party or their Representative)

_DANNY P RANDOLPH JR._
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action