IN THE UNITED STATES DISTRICT COURT

FOR THE DIESTRICT OF DELAWARE

| | | |
|---|---|---|
| JIM KIDWELL, MARY REEDER, JOHN MAITA, JWRE, INC., CHRYSTAL MOELLER, and CARESSE HARMS, on their own behalves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 05-470 |

## NOTICE OF FILING

PLEASE TAKE NOTICE Plaintiffs, by and through the undersigned counsel, hereby file this Affidavit of Service.

DATED: July 22, 2005    CHIMICLES & TIKELLIS LLP

                  /s/ A. Zachary Naylor
                  Pamela S. Tikellis (#2172)
                  Robert J. Kriner, Jr. (#2546)
                  A. Zachary Naylor (#4439)
                  One Rodney Square
                  P. O. Box 1035
                  Wilmington, DE 19999
                  Telephone: 302/656-2500
                  Facsimile:  302/656-9053

                  WOLF HALDENSTEIN ADLER
                    FREEMAN & HERZ LLP
                  Francis M. Gregorek
                  Betsy C. Manifold
                  Francis A. Bottini, Jr.
                  Rachele R. Rickert
                  750 B Street, Suite 2770

San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
Fred Taylor Isquith
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLC
Mary Jane Edelstein Fait
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312/984-0000
Facsimile: 312/984-0001

Attorneys for Plaintiffs Jim Kidwell, Mary Reeder,
John Maita, JWRE, Inc., Chrystal Moeller and Caresse Harms

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone: 513/784-1280
Facsimile: 513/784-1449

Attorney for Plaintiff Mary Reeder

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
Telephone: 859/491-5551

Attorney for Plaintiff Mary Reeder

Gene Summerlin
OGBORN, SUMMERLIN & OGBORN, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone: 402/434-8040
Facsimile: 402/434-8044

Attorney for Plaintiffs JWRE, Inc.,
Chrystal Moeller and Caresse Harms