IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIM KIDWELL, MARY REEDER, JOHN MAITA, JWRE, INC., CHRYSTAL MOELLER, and CARESSE HARMS, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>Defendant. | Case No.: 05-470<br><br>AFFIDAVIT OF SERVICE |

I, AMY NEIL, the undersigned, declare:

1. I am a paralegal employed by Wolf Haldenstein Adler Freeman & Herz LLP, counsel for plaintiffs in this action. I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action. My business address is 750 B Street, Suite 2770, San Diego, California, 92101.

2. On July 20, 2005, I served the **CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF, RESTITUTION AND DISGORGEMENT** filed in this case via FedEx Overnight Mail in a sealed FedEx envelope with postage thereon fully prepaid and addressed as follows:

Terry Goddard, Attorney General
Office of the Attorney General
Department of Law
1275 West Washington Street
Phoenix, AZ 85007
Phone: 602-542-5025

Peter C. Harvey, Attorney General
Office of the Attorney General
Department of Law and Public Safety
25 Market Street, 8th Floor
Trenton, NJ 08611-2148
Phone: (609) 292-4925

3. There is regular communication via FedEx between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2005, at San Diego, California.

_____
AMY NEIL

---

State of California   )
                      )   SS.
County of San Diego   )

Subscribed and sworn to (or affirmed) before me on this 21st day of July, 2005, by Amy Neil, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Melissa F. Rinehart
Notary Public
Commission No. 1507352
Expires September 10, 2008

MELISSA F. RINEHART
COMM. #1507352
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
SEPTEMBER 10, 2008

(area reserved for notary seal)