## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 22nd day of July, 2005, I caused copies of the foregoing Notice of Filing and Affidavit of Service to be served on the Defendant in the manner indicated below:

        **BY HAND DELIVERY**
        Intel Corporation
        Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, Delaware 19801
        *As registered agent of Intel*
        *Corporation*

_____
A. Zachary Naylor (# 4439)