# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM
JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI♦
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT○
JEFFREY S. REICH♦
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.∇
DEMET BASAR○
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS○

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL○
LINDA A. REDLISKY
NANCY S. PITKOFSKY○
MICHAEL C. MULÉ○
RACHELE R. RICKERT∇
THOMAS H. BURT
JILL H. BLUMBERG○
SCOTT J. FARRELL○
KATE M. McGUIRE
LAUREN P. KRAUS○
GUSTAVO BRUCKNER○
STACEY T. KELLY○
RONNIE BRONSTEIN
PAULETTE S. FOX○
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ○
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO∇

ALSO ADMITTED
*FL, †CA, ○NJ, ♦IL
ONLY ADMITTED
∇CA, ‡IL, □VA, ◊NJ & PA

August 2, 2005

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801



05 470 JJF

441

Re: (1) *Advanced Micro Devices, Inc. v. Intel Corp.*, No. 1:05-cv-00441-JJF (filed June 27, 2005); (2) *Kidwell, et al. v. Intel Corp.*, No. 1:05-cv-00470-JJF (filed July 6, 2005); (3) *Rainwater, et al. v. Intel Corp.*, No. 1:05-cv-00473-JJF (filed July 7, 2005); (4) *Kravitz, et al. v. Intel Corp.*, No. 1:05-cv-00476-JJF (filed July 8, 2005); (5) *Ruccolo v. Intel Corp.*, No. 1:05-cv-00478-JJF (filed July 8, 2005); (6) *Paul v. Intel Corp.*, No. 1:05-cv-00485-JJF (filed July 12, 2005); (7) *Volden v. Intel Corp.*, No. 1:05-cv-00488-JJF (filed July 13, 2005); (8) *Chacon, et al. v. Intel Corp.*, No. 1:05-cv-00489-JJF (filed July 13, 2005); (9) *Simon v. Intel Corp.*, No. 1:05-cv-00490-JJF (filed July 13, 2005); (10) *Czysz v. Intel Corp.*, No. 1:05-cv-00509-JJF (filed July 20, 2005); (11) *Ludt v. Intel Corp.*, No. 1:05-cv-00510-JJF (filed July 20, 2005); (12) *Baran v. Intel Corp.*, No. 1:05-cv-00508-JJF (filed July 20, 2005); (13) *Ambruoso v. Intel Corp.*, No. 1:05-cv-00505-JJF (filed July 20, 2005); (14) *Ficor Acquisition Co. v. Intel Corp.*, No. 1:05-cv-00515-JJF (filed July 21, 2005); (15) *Manyin, et al. v. Intel Corp.*, No. 1:05-cv-00526-UNA (filed July 22, 2005); (16) *HP Consulting Services v. Intel Corp.*, No. 1:05-cv-00521-JJF (filed July 22, 2005); (17) *Fairmont Orthopedics & Sports Medicine PA v. Intel Corp.*, No. 1:05-cv-00519-JJF (filed July 22, 2005); (18) *Law Offices of Kwasi Asiedu v. Intel Corp.*, No. 1:05-cv-00520-JJF (filed July 22, 2005); (19) *Cowan v. Intel Corp.*, No. 1:05-cv-00522-JJF

(filed July 22, 2005); (20) *Feitelberg v. Intel Corp.*, No. 1:05-cv-00532-UNA (filed July 25, 2005); (21) *Cone v. Intel Corp.*, No. 1:05-cv-00531-UNA (filed July 25, 2005); (22) *Weeth v. Intel Corp.*, No. 1:05-cv-00533-UNA (filed July 25, 2005); (23) *Harr v. Intel Corp.*, 1:05-cv-00537-UNA (filed July 26, 2005); (24) *Cohn v. Intel Corp.*, No. 1:05-cv-00539-UNA (filed July 26, 2005); (25) *Griffin v. Intel Corp.*, No. 1:05-cv-00540-UNA (filed July 26, 2005); (26) *Kornegay v. Intel Corp.*, No. 1:05-cv-00541-UNA (filed July 27, 2005); (27) *Ramos v. Intel Corp.*, No. 1:05-cv-00544 (filed July 28, 2005); (28) *Bergerson & Associates, Inc. v. Intel Corp.*, No. 1:05-cv-00547 (filed July 28, 2005); (29) *Arnold v. Intel Corp.*, No. 1:05-cv-00554-UNA (filed August 1, 2005); (30) *Genese et al v. Intel Corp.*, No. 1:05-cv-00556-UNA (filed August 2, 2005).

Dear Clerk of the Court:

Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant To 28 U.S.C. § 1407.

Respectfully submitted,

Fred Taylor Isquith

FTI/410391