# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN°
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT°
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS°

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL 212-545-4690
FACSIMILE 212-545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL▫
LINDA A. REDLISKY
NANCY S. PITKOFSKY°
MICHAEL C. MULÉ°
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG°
SCOTT J. FARRELL°
KATE M. McGUIRE
LAUREN P. KRAUS°
GUSTAVO BRUCKNER°
STACEY T. KELLY°
RONNIE BRONSTEIN
PAULETTE S. FOX°
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ°
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, °NJ, ♦IL
ONLY ADMITTED
▽CA, ‡IL, ▫VA, ◊NJ & PA

August 2, 2005

**Via Federal Express**

Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

**COURTESY COPY**

Re:   *In re Intel Corp. Microprocessor Antitrust Litigation*
      *MDL Docket No. 1717*

Dear Mr. Beck:

Please find enclosed for filing, an original and four (4) copies the following documents:

- The Kidwell Group's Cross-Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the District of Delaware Pursuant to 28 U.S.C. § 1407 (also enclosed on disk);

- Response of The Kidwell Group in Opposition to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407 and in Support Of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware (also enclosed on disk);

- Certificate of Service

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Mr. Michael Beck
Page 2 of 2
August 2, 2005

  Also enclosed is a copy of the cover letter to Clerk of United States District Court for the Northern District of California; cover letter to Clerk of United States District Court for the Southern District of California; and the cover letter to Clerk, United States District Court of the District of Delaware.

              Respectfully submitted,

              *Felicia Barnes*

              Felicia Barnes, Assistant to
              Fred Taylor Isquith

FTI/fb/314466
cc: All Counsel on Attached Service Lists
   (Firm Service List and MDL Panel Service List)

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN°
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT°
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS°

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL°
LINDA A. REDLISKY
NANCY S. PITKOFSKY°
MICHAEL C. MULÉ°
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG°
SCOTT J. FARRELL°
KATE M. McGUIRE
LAUREN P. KRAUS°
GUSTAVO BRUCKNER°
STACEY T. KELLY°
RONNIE BRONSTEIN
PAULETTE S. FOX°
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ°
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, °NJ, ♦IL
ONLY ADMITTED
▽CA, ‡IL, □VA, ◊NJ & PA

August 2, 2005

Clerk of the Court
U.S. District Court
Southern District of California
880 Front St., Suite 4290
San Diego, CA 92101-8900

**COURTESY COPY**

Re: *Suarez v. Intel Corp.*, No. 3:05-cv-1507-JM(RBB) (filed July 27, 2005)

Dear Clerk of the Court:

Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant To 28 U.S.C. § 1407.

Respectfully submitted,

Fred Taylor Isquith

FTI/410390

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT◊
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◊
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS◊

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL◻
LINDA A. REDLISKY
NANCY S. PITKOFSKY◊
MICHAEL C. MULÉ◊
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG◊
SCOTT J. FARRELL◊
KATE M. McGUIRE
LAUREN P. KRAUS◊
GUSTAVO BRUCKNER◊
STACEY T. KELLY◊
RONNIE BRONSTEIN
PAULETTE S. FOX◊
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◊
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, ◊NJ, ‡IL
ONLY ADMITTED
▽CA, ‡IL, ◻VA, ◊NJ & PA

August 2, 2005

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

COURTESY COPY

Re:  (1) *Lipton, et al. v. Intel Corp.*, No. 3:05-cv-002669-MHP (filed June 29, 2005); (2) *Prohias v. Intel Corp.*, No. 3:05-cv-02699-MHP (filed June 30, 2005); (3) *Konieczka v. Intel Corp.*, No. 3:05-cv-02700-MHP (filed June 30, 2005); (4) *Hamilton v. Intel Corp.*, No. 3:05-cv-02721-MHP (filed July 1, 2005); (5) *Niehaus v. Intel Corp.*, No. 3:05-cv-02720-MHP (filed July 1, 2005); (6) *Brauch v. Intel Corp.*, No. 3:05-cv-02743-MHP (filed July 5, 2005); (7) *Baxley v. Intel Corp.*, No. 3:05-cv-00488-MHP (filed July 6, 2005); (8) *Frazier, et al. v. Intel Corp.*, No. 3:05-cv-02813-MHP (filed July 11, 2005); (9) *Dickerson v. Intel Corp.*, No. 1:05-cv-02818-MHP (filed July 11, 2005); (10) *The Harman Press v. Intel Corp.*, No. 3:05-cv-02823-MHP (filed July 11, 2005); (11) *Shanghai 1930 Restaurant Partners v. Intel Corp.*, No. 3:05-cv-02830-MHP (filed July 12, 2005); (12) *Major League Softball, Inc. v. Intel Corp.*, No. 1:05-cv-02831-MHP (filed July 12, 2005); (13) *Allanoff v. Intel Corp.*, No. 3:05-cv-02834-MHP (filed July 12, 2005); (14) *Lazio Family Products v. Intel Corp.*, No. 3:05-cv-02859-MHP (filed July 13, 2005); (15) *Law Offices of Laurel Stanley v. Intel Corp.*, No. 3:05-cv-02858-MHP (filed July 13, 2005); (16) *Walker v. Intel Corp.*, No. 3:05-cv-02882-MHP (filed July 14, 2005); (17) *Stolz v. Intel Corp.*, No. 3:05-cv-02897-MHP (filed July 15, 2005); (18) *Naigow v. Intel Corp.*, No. 1:05-cv-02898-MHP (filed July 15, 2005); (19) *Hewson v. Intel Corp.*, No.

3:05-cv-02916-MHP (filed July 18, 2005); (20) *Lang v. Intel Corp.*, No. 3:05-cv-02957-MHP (filed July 21, 2005); (21) *Trotter-Vogel Realty, Inc. v. Intel Corporation*, No. 3:05-cv-03028-MHP (filed July 26, 2005); (22) *Juskiewicz v. Intel Corp.*, No. 3:05-cv-03094-BZ (filed July 29, 2005).

*In re Intel Corp. Microprocessor Antitrust Litigation*
*MDL Docket No. 1717*

Dear Clerk of the Court:

Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant To 28 U.S.C. § 1407.

Respectfully submitted,

Fred Taylor Isquith

FTI/410388