COURTESY COPY

## CERTIFICATE OF SERVICE

I, Fred Taylor Isquith, on behalf of Plaintiffs the Kidwell Group, hereby certify that true

and correct copies of the following documents were served on August 2, 2005, via U.S. mail on

the court, counsel and/or parties of record listed below:

- The Kidwell Group's Cross-Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the District of Delaware Pursuant to 28 U.S.C. § 1407;

- Response of The Kidwell Group in Opposition to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407 And In Support Of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware;

- Certificate of Service;

- Cover letter to Clerk, United States District Court for the Northern District of California; and

- Cover letter to Clerk, United States District Court of the District of Delaware; and

- Cover letter to Clerk, United States District Court for the Southern District of California.

Fred Taylor Isquith

**COURTS**

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102
Telephone: (415) 522-2000

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801
Telephone: (302) 573-6170

Clerk of the Court
U.S. District Court
Southern District of California
880 Front St., Suite 4290
San Diego, CA 92101-8900

410352

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 1

## COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2700
San Diego, CA 92101
      619/239-4599
      619/234-4599 (fax)

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
      212/545-4600
      212/545-4653 (fax)

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ALDER
 FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
      312/984-0000
      312/984-0001 (fax)

**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, Plaintiffs Rainwater, Chapman and Yaco in the *Rainwater* Action, Plaintiffs Volden, Dupraz, DeGeorge, Goeke, Conley, Bjork, Kidwell and Vaught in the *Volden* Action, and Plaintiffs Ficor Acquisition Co., LLC dba Mills & Greer Sporting Goods, Caplan, Salgado, Nardella, Wolfe, March, Hobbs, Marcus, and Deering in the *Ficor Acquisition* Action**

Lance A. Harke
Howard M. Bushman
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
      305/536-8222
      305/536-8229 (fax)

**Counsel for Plaintiff in *Prohias* Action**

Lee M. Gordon
Elaine T. Byszewski
HAGENS BERMAN SOBOL
 SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
      213/330-7150
      213/330-7152 (fax)

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
 SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
      206/623-7292
      206/623-0594 (fax)

Jeffrey F. Keller
Kathleen R. Scanlan
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
      415/543-1305
      415/543-7861 (fax)

**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton, Niehaus, Baxley, Naigow* and *Stoltz* Actions**

Jeffrey S. Goldenberg
John C. Murdock
MURDOCK GOLDENBERG
SCHNEIDER & GROH, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
      513/345-8291
      513./345-8294 (fax)

**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions**

Spencer Hosie
Bruce J. Wecker
HOSIE McARTHUR LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
      415/247-6000
      415/247-6001 (fax)

**Counsel for Plaintiff in *Dickerson* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
**MDL Service List – August 2, 2005**
**Page 2**

<u>**COUNSEL FOR PLAINTIFFS**</u>

Alex C. Turan
Michael P. Lehmann
Frederick P. Furth
Thomas Patrick Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
      415/433-2070
      415/982-2076 (fax)

**Counsel for Plaintiffs in *Brauch, Allanoff*
and *Lazio Family Products* Actions**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O.
SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
      415/788-7210
      415/788-0707 (fax)

Craig C. Corbitt
Judith Zahid
ZELLE HOFMANN VOELBEL
  MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
      415/693-0700
      415/693-0770 (fax)

**Counsel for Plaintiffs in *Brauch, Lazio
Family Products,* and *Stanley* Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF &
  BLANCHFIELD
332 Minnesota Street, Suite #E-1250
St. Paul, MN 55101
      651/287-2100
      651/287-2103 (fax)
Eric J. Belfi
MURRAY FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
      212/682-1818
      212/682-1892 (fax)

**Counsel for Plaintiff in *Baxley* Action**

Michele C. Jackson
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
      415/956-1000
      415/956-1008 (fax)

David S. Stellings
Jennifer Gross
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
      212/355-9500
      212/355-9592 (fax)

**Counsel for Plaintiffs in *Frazier* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
      415/217-6810
      415/217-6813 (fax)

Randy R. Renick
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
      626/585-9608
      626/585-9610 (fax)

**Counsel for Plaintiffs in *Harman Press,
Shanghai 1930 Restaurant Partners,* and
*Major League Softball* Actions**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 3

## COUNSEL FOR PLAINTIFFS

Scott R. Ames
SERRATORE AMES LLP
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
    310/205-2460
    310/205-2464 (fax)

**Counsel for Plaintiff in *Major League Softball* Action**

Steven Greenfogel
MEREDITH COHEN GREENFOGEL
  & SKIRNICK, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
    215/564-5182
    215/569-0958 (fax)

**Counsel for Plaintiff in *Allanoff* Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
    302/651-7500
    302/651-7701 (fax)

Charles P. Diamond
Linda J. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
    310/246-6800
    310/246-6779 (fax)

Mark A. Samuels
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2800
    213/430-6340
    213/430-6407 (fax)

**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Ann Lugbill
2405 Auburn Avenue
Cincinnati, OH 45219
    513/784-1280
    513/784-1449 (fax)

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
    859/491-5551

**Counsel for Plaintiff Reeder in *Kidwell* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19999
    302/656-2500
    302/656-9053 (fax)

**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action and Plaintiffs Rainwater, Chapman, and Yaco in *Rainwater* and *Volden* Action, Plaintiffs Cowan, Lorenzo and Dennis in *Cowan* Action , Plaintiff Czysz in *Czysz* Action, Plaintiff Ludt in *Ludt* Action, Plaintiff Baran in *Baran* Action**

Gene Summerlin
OGBORN, SUMMERLIN &
  OGBORN, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
    402/434-8040
    402/434-8044 (fax)

**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 4

## COUNSEL FOR PLAINTIFFS

Robert J. Sharkey
VANDERVOORT, CHRIST &
 FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
  269/965-7000
  269/965-0646 (fax)

**Counsel for Plaintiff Rainwater in**
***Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
  612/339-6900
  612/339-0981 (fax)

**Counsel for Plaintiffs Chapman and**
**Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
LAW OFFICES OF NOAH
 GOLDEN-KRASNER
354 West Main Street
Madison, WI 53703
  608/441-8294
  608/442-9494 (fax)

**Counsel for Plaintiff Yaco in *Rainwater***
**Action**

Joel Friedlander
James G. McMillan, III
BOUCHARD MARGULES &
 FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
  302/573-5300
  302/573-3501 (fax)

Daniel Hume
David Kovel
KIRBY MCINERNEY & SQUIRE LLP
830 Third Avenue
New York, NY 10022
  212/317-6600
  213/751-2540 (fax)

**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P. O. Box 497
Dover, DE 19903
  302/674-0140
  302/674-1830 (fax)

**Counsel for Plaintiffs in *Ruccolo, Griffin,***
***Cohn* and *Manyin* Actions**

Jeffrey S. Goddess
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
  302/656-4433
  215/963-0838 (fax)

**Counsel for Plaintiff in *Simon, Cone* and**
***Chacon* Actions**

James L. Holzman
David W. Gregory
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
  302/888-6509
  302/658-8111 (fax)

**Counsel for Plaintiff in *Kornegay, Harr,***
***Paul, Ambruoso, HP Consulting Services,***
***Inc., Fairmont Orthopedics & Sports***
***Medicine, P.A., Law Offices of Kwaski A.***
***Siedu, Jerome Feitelberg and Robin Weeth***
**Actions**

Steven A. Kanner
Douglas A. Millen
William H. London
MUCH SHELIST FREED DENENBERG
 AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
  312/521-2000
  312/521-2100 (fax)

**Counsel for Plaintiff in *HP Consulting***
***Services, Inc.* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 5

## COUNSEL FOR PLAINTIFFS

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD &
 TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
202/408-4600
202/408-4699 (fax)

Anthony J. Bolognese
Joshua Grabar
BOLOGNESE & ASSOCIATES, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
215/814-6750
215/814-6764 (fax)

**Counsel for Plaintiff in *Paul* Action**

Dan E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Ave S
Minneapolis, MN 55402
612/333-8844
612/339-6622 (fax)

**Counsel for Plaintiff in *Fairmont Orthopedic & Sporting Medicine, P.A.***

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
212/687-1980
212/687-7714 (fax)

**Counsel for Plaintiff in *Ambruoso Action***

Susan G. Kupfer
Karen Rosenthal
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94104
415/972-8160
415/972-8166 (fax)

**Counsel for Plaintiff in *Law Offices of Kwasi A. Siedu***

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA
 & SIDENER, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
415/777-2230
415/777-5180 (fax)

**Counsel for Plaintiff in *Feitelberg* Action**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
215/963-0600
215/963-0838 (fax)

**Counsel for Plaintiff in *Simon* Action**

Joseph G. Veenstra
JOHNS, FLAHERTY & COLLINS, S.C.
205 Fifth Avenue South, Suite 600
P.O. Box 1626
LaCrosse, WI 54602-1626
608/784-5678
608/784-0557 (fax)

**Counsel for Plaintiff in *Weeth* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 6

## COUNSEL FOR PLAINTIFFS

Steven Benz
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
    617/371-1072
    617/372-1037 (fax)

**Counsel for Plaintiff in *Law Offices of
Laurel Stanley* Action**

Shannon P. Cereghino
Ali Oromchian
Christine Pedigo
FINKELSTEIN, THOMPSON
 & LOUGHRAN
601 Montgomery Street, Suite 665
San Francisco, CA 94111
    415/398-8700
    415/398-8704 (fax)

Douglas G. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
FINKELSTEIN, THOMPSON
 & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
    202/337-8000
    202/337-8090 (fax)

**Counsel for Plaintiff Walker in *Walker*
Action**

Charles F. Speer
Donnamarie Landsberg
THE SPEER LAW FIRM
104 W. 9th Street, Suite 305
Kansas City, MO 64105
    816/472-3560
    816/421-2150 (fax)

**Counsel for Plaintiff Vaught in *Volden*
Action**

Natalie Finkleman
Bennett Shepard
FINKLEMAN, MILLER & SHAH, LLC
Media, PA 19603
    610/891-9880
    610/891-9883 (fax)

James E. Miller
Bennett Shepard
FINKLEMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412-1311
    860/526-1100
    860/526-1120 (fax)

Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ &
 RICHARDS, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
    215/731-9004
    215/371-9044 (fax)

Douglas P. Dehler
THE DEHLER LAW FIRM, S.C.
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005
    262/780-7041
    262/780-7057 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
    954/570-8989
    954/354-0205 (fax)

John R. Minnino
J MINNINO, LLC
475 White Horse Pike
Collingswood, NJ 08107-2909
    856/833-0600
    856/833-9649

**Counsel for *Chacon* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 7

## COUNSEL FOR PLAINTIFFS

Donald L. Perlman
Roberta D. Liebenberg
FINE KAPLAN AND BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
    215/567-6565
    215/568-5872 (fax)

Russell M. Aoki
AOKI SAKAMOTO GRANT LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101
    206/624-1400

**Counsel for Plaintiff Stoltz in *Stoltz*
Action**

Juden Justice Reed
Robert C. Schubert
Peter E. Borkon
SCHUBERT & REED LLP
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
    415/788-4220
    415/788-0161 (fax)

**Counsel for Plaintiff in *Hewson* Action**

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
    415/563-7200
    415/346-0679 (fax)

Mario Nunzio Alioto
TRUMP ALIOTO TRUMP
 & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
    415/563-7200
    415/346-0679 (fax)

**Counsel for Plaintiff in *Lang* Action**

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
    302/984-6000

**Counsel for Plaintiff in *Czysz* Action,
Plaintiff in *Ludt* Action, and Plaintiff in
*Baran* Action**

Tim Semelroth
RICCOLO & SEMELROTH, P.C.
425 Second St. SE
Suite 1140
Cedar Rapids, IA 52401
    319/365-9200
    319/365-1114 (fax)

**Counsel for Plaintiff Ryan James Volden
in *Volden* Action**

Edward A. Wallace
THE WEXLER FIRM LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602
    312/346-2222
    312/346-0022 (fax)

Kenneth A. Wexler
KENNETH A. WEXLER AND
ASSOCIATES
One North LaSalle Street
Suite 2000
Chicago, IL 60602
    312/346-2222
    312/346-0022 (fax)

**Counsel for Plaintiff in *Naigow* Action**

Michael L. Kirby
POST KIRBY NOONAN AND SWEAT
600 West Broadway
Suite 1100
San Diego, CA 92101-3302
    619/231-8666

**Counsel for Plaintiff in *Suarez* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 8

## COUNSEL FOR PLAINTIFFS

Scott E. Chambers
SCHMITTINGER & RODRIGUEZ, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
        302/674-0140

### Counsel for Plaintiff in *Ramos* Action

James L. Holzman
PRICKETT, JONES & ELLIOT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
        302/888-6500

### Counsel for Plaintiff in *Bergerson* Action

Nancy L. Fineman
COTCHETT PITRE SIMON &
McCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Email: nfineman@cpsmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


## COUNSEL FOR DEFENDANTS

Richard A. Ripley
BINGHAM McCUTCHEN LLP
1120 20th Street, N.W., Suite 800
Washington, DC 20036
        202/778-6150
        202/778-6155 (fax)


## DEFENDANTS

Intel Corp.
c/o CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

410072.4

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

Docket: 1717 - In re Intel Corp. Microprocessor Antitrust Litigation
Status: Pending on / /
Transferee District:          Judge:

COURTESY COPY

Printed on 07/25/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | ⇒ Hamilton, Steve J.*; Konieczka, Ronald*; Lipton, David E.*; Niehaus, Patricia M.*; Prohias, Maria I.*;<br>Thibedeau, Dana F.* |
| Blanchfield, Jr., Garrett D.<br>Reinhardt, Wendorf & Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | ⇒ Baxley, Susan* |
| Diamond, Charles P.<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035 | ⇒ Advanced Micro Devces, Inc.*; AMD International Sales & Service, Ltd.* |
| Friedlander, Joel<br>Bouchard, Margules & Friedlander<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | ⇒ Allison, Raphael; Kravitz, Matthew |
| Intel Corp.,<br>c/o CT Corp. System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ⇒ Intel Corp. |
| Isquith, Sr., Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | ⇒ Chapman, Kathy Ann*; Harms, Caresse*; JWRE, Inc.*; Kidwell, Jim*; Maita, John*; Moeller,<br>Chrystal*; Rainwater, Robert J.*; Reeder, Mary*; Yaco, Sonia* |
| Jackson, Michele C.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St 30th Fl<br>San Francisco, CA 94111-3339 | ⇒ Frazier, Huston; Frazier, Jeanne Cook; Weiner, Brian |
| Lehmann, Michael P.<br>Furth Firm, LLP<br>225 Bush Street<br>Suite 1500<br>San Francisco, CA 94104-4249 | ⇒ Brauch, Michael*; Meimes, Andrew* |
| Saveri, R. Alexander<br>Saveri & Saveri, Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111-5630 | ⇒ The Harman Press* |
| Wecker, Bruce J.<br>Hosie & McArthur<br>1 Market Street<br>Spear Street Tower | ⇒ Dickerson, Dwight E.* |

Note: Please refer to the

(Panel Attorney Service List for MDL 1,717 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 2200
San Francisco, CA 94105